IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-CV-56-BO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARTHA S. GORDON, | ) | <u>O R D E R</u> |
| | ) | |
| Appellant. | ) | |
| | ) | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

  This matter comes before the Court sua sponte for management of its docket. Martha Gordon, appellant, filed the above-captioned appeal but has taken no further action to prosecute the appeal. On November 20, 2024, the Clerk issued a Notice to Parties Regarding the Filing of a Notice of Appeal. On March 7, 2025, the Clerk issued another notice explaining that those parties who had not yet complied with Local Civil Rules 5.2 and 7.3 would be required to do so within seven days. On January 30, 2026, the Court entered an order giving the parties notice that unless they complied with the Federal Rules of Bankruptcy Procedure and Local Civil Rules within fourteen days, the case would be dismissed. Only the former trustee in appellant's chapter 13 bankruptcy matter responded. He explained he has been replaced by a successor trustee and is no longer involved with the case. Appellant did not respond.

  The appeal is DISMISSED for failure to prosecute.

SO ORDERED, this _19_ day of February 2026.

                    _/s/ Terrence Boyle_
                    TERRENCE W. BOYLE
                    UNITED STATES DISTRICT JUDGE